# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEVAL CEASER, JR., DIAVIAN
J. CEASER AND SHANA GREEN
OBO C. DEVAL III

VERSUS

ALLEMAN'S TRUCKING LLC,
RALPH WILLIAMS, AND STATE OF
LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.   2025 CW 1241

**APRIL 8, 2026**

---

In Re:   Deval Ceaser, Jr., Et Al, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 762673.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.